# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01844-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LARRY C. MILLER,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted *pro se* a letter to the court complaining about the conditions of his confinement.  Because it appears that Plaintiff seeks judicial relief, this civil action has been commenced.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the letter is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  xx   is not submitted
(2)  __   is missing affidavit
(3)  xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __   is missing certificate showing current balance in prison account
(5)  __   is missing required financial information
(6)  __   is missing an original signature by the prisoner
(7)  __   is not on proper form (must use the court's current form)
(8)  __   names in caption do not match names in caption of complaint, petition or

          habeas application
(9)    xx    other: <u>motion is necessary only if entire $350.00 filing fee is not paid in advance</u>.

**Complaint, Petition or Application**:
(10)    xx    is not submitted
(11)    ___    is not on proper form (must use the court's current Prisoner form)
(12)    ___    is missing an original signature by the prisoner
(13)    ___    is missing page nos. ___
(14)    ___    uses et al. instead of listing all parties in caption
(15)    ___    names in caption do not match names in text
(16)    ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)    ___    other: ___

Accordingly, it is

      ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

      FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at <u>www.cod.uscourts.gov</u>.  It is

      FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

      DATED July 16, 2012, at Denver, Colorado.

                                            BY THE COURT:

                                             s/ Boyd N. Boland
                                            United States Magistrate Judge