**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01844-BNB

LARRY C. MILLER,

      Plaintiff,

v.

[NO DEFENDANTS NAMED],

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's Motion for Extension of Time to Cure Deficiencies (ECF No. 4) is GRANTED.  Plaintiff shall have up to and including **September 14, 2012**, to cure the deficiencies in this action as directed.  Plaintiff's Motion for Relief of Violation of Due Process and Deliberate Indifference Inhibiting My Acquisition of Evidence for Case No. 12-cv-01844-BNB (ECF No. 5) and Plaintiff's Motion for Request of Counsel (ECF No. 6) are DENIED as premature.

Dated:  August 8, 2012